IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| ARMATAS CONSTRUCTION INC., | ) | <u>COMPLAINT</u> |
| C/O STATUTORY AGENT: GEORGE D. | ) | |
| ARMATAS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JUSTIN E. HERDMAN, United States Attorney for the Northern District of Ohio, on behalf of the United States of America (the "Plaintiff), for its Complaint against ARMATAS CONSTRUCTION INC. c/o Statutory Agent GEORGE D. ARMATAS says that:

1. This is a civil action brought on behalf of the United States of America and this court has jurisdiction under the provisions of 28 U.S.C. § 1345.

2. The defendant resides within the jurisdiction of this Court.

3. The defendant owes Plantiff the principal sum of $2,800.00, plus interest and fees, in connection with workplace safety violations under the Occupational Safety and Health

Act of 1970, 29 U.S.C. 651, as more fully set forth on the Certificate of Indebtedness attached hereto as Exhibit A.

4.  Due demand has been made for payment.

WHEREFORE, Plaintiff demands judgment against defendant as follows: In the amount of $2,800.00 principal, plus interest of $116.80 accrued through April 26, 26, 2019, Administrative fee of $20.00, Debt Management Services Fees of $1,159.54, Department of Justice Fees of $147.93, and Penalty Charges of $686.77 for a total of $4,931.04.

                          Respectfully submitted,

                          JUSTIN E. HERDMAN
                          United States Attorney

By:   /s/Alex Rokakis
       Alex Rokakis (OH:0029078)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3673
       (216) 522-4542 (facsimile)