

**U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227**

ACTING ON BEHALF OF
U.S. Department of Labor, Occupational Safety & Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Armatas Construction Inc.
3844 Timberview Street
North Canton, Ohio 44720

I certify that the U.S. Department of Labor, Occupational Safety & Health Administration (OSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $ 2,800.00 |
| Interest through 4/26/2019*: | $ 116.80 |
| Admin Fee: | $ 20.00 |
| Penalty Charges: | $ 686.77 |
| DMS fees: | $ 1,159.54 |
| DOJ fees: | $ 147.93 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 4/26/2019: $ 4,931.04**

*Per the OSHA agency profile with Treasury, once the debt is referred by OSHA to DMS, no additional prejudgment interest is to be accrued on the debt, by either DMS or the Department of Justice.

This debt reportedly arose in connection with the numerous workplace safety violations of the Occupational Safety and Health Act of 1970 (29 U.S.C.650/651et seq.) and OSHA regulations (29 C.F.R. 1926), as noted during the December 24, 2014 OSHA inspections of the debtor's 216 Myron, Hubbard, OH 44425 work site.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Occupational Safety & Health Administration.

Sincerely,

4/26/2019
X *Natalie R. Stubbs*

Signed by: Natalie R. Stubbs
Natalie Stubbs
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

**GOVERNMENT EXHIBIT
EXHIBIT A**